# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA DEDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI FOROUZANFAR, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00799 LJO JLT<br><br>ORDER GRANTING NUNC PRO TUNC EXTENTION OF TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 12, 13) |

The parties have agreed to allow the defendants until August 19, 2016 to file their answers. (Docs. 12, 13) However, the defendants have already filed their answers. (Docs. 14, 15) Thus, the requests for the extensions of time are **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

　　Dated: __**August 18, 2016**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE