# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA DEDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI FOROUZANFAR, et al.,<br><br>    Defendant. | Case No.: 1:16-cv-0799 - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7) |

On March 3, 2017, the plaintiff filed a "Notice of Settlement of Entire Case," reporting the parties have reached a settlement of all claims. (Doc. 23) Therefore, the Court **ORDERS**:

1. A stipulation to dismiss the action **SHALL** be filed no later than April 5, 2017;
2. All other pending deadlines, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated:   **March 7, 2017**              /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE