# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA DEDMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>ALI FOROUZANFAR, et al.,<br><br>          Defendant. | Case No.: 1:16-cv-0799 - JLT<br><br>ORDER CLOSING CASE<br><br>(Doc. 25) |

The parties agree this matter has been settled and that it may be dismissed. (Docs. 24, 25) Once a notice under Federal Rules of Civil Procedure 41(a)(1) has been filed, an order of the Court is not required to make the dismissal effective.  Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is DIRECTED to close this action as dictated by Rule 41(a).

IT IS SO ORDERED.

Dated: **March 22, 2017**                    /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE